Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re

    Sokhom Kong Sar
    Gabriela Espejo Sar

Chapter 13 Case No. 12-40706-RLE13

**OBJECTION TO CLAIM #15 AND NOTICE THEREOF WITH CERTIFICATE OF SERVICE**

debtor(s)

## OBJECTION TO CLAIM

I, Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby object to the claim of:
Jpmorgan Chase Bank
Attn: Officer Jpmorgan Chase Bank, National Association
Po Box 24785   Natl Pymt Svces
Columbus, OH  432240785
(Creditor)

Trustee has received a notice for claim #15 stating balance of claim has been cancelled.. Said

notice is attached to this objection.  Creditor is entitled to keep any funds already received and this

claim is disallowed upon entry of order granting this objection.

### NOTICE

NOTICE IS HEREBY GIVEN

(i) That local rule 9014-1 of the United States Bankruptcy Court for the Northern District of

California prescribes the procedures to be followed and that any objection to the requested relief,

or a request for hearing on the matter must be filed and served upon initiating party within 21 days

of mailing of the notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or

memoranda of law the party objecting or requesting wishes to present in support of its position,

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the court

may enter an order granting the relief by default; and

(iv) Either: (a) That the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event any objection or request for hearing is timely made; or (b) The tentative hearing date.

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of this document with attachments by depositing it in the United States mail with first class postage in a sealed envelope addressed to the following parties:

Sokhom Kong Sar                          Patrick L Forte Atty
Gabriela Espejo Sar                      1624 Franklin St #911
236 Ashbury Avenue                       Oakland,CA 94612
El Cerrito,CA 94530
                                         (Counsel for Debtor)
(Debtor(s))

Also notify:

Jpmorgan Chase Bank C/O Chase Records
Center
Attn: Managing Agent
700 Kansas Ln Mail Code La4-5555
Monroe, LA  71203-0000

Routh Crabtree Olsen Ps
Attn: Managing Agent
1241 E Dyer Rd #250
Santa Ana, CA  92705-0000

I HEREBY CERTIFY that I have served a copy of this document with attachments by depositing it in the United States mail with certified mail postage in a sealed envelope addressed to the following parties:

JPMorgan Chase Bank, National Association
(Attn: James Dimon, Chairman President, and
CEO)
Attn: Officer
1111 Polaris Parkway
Columbus, OH 43240 (Delaware County)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 01, 2017                    /s/ Erica Chavez
                                        _____
                                        Erica Chavez

## --FILE COPY--

JPMorgan Chase Bank, N.A.
Remittance Clearing
For Various Mortgagors & Investors
3415 Vision Drive
Columbus, OH 43219

No. 9000032136
DATE: 7/18/2016
Operator: v027259

REQUESTOR: o351846
LOAN NUMBER: 447021411106
ORIGINAL CHECK ID:
MEMO: WE CAN'T ACCEPT THE FUNDS.

AMOUNT $ **308.43**

Drawer: JPMorgan Chase Bank, N.A.

**NON NEGOTIABLE**

PAYEE:
MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540

---

## CUSTOMER RECEIPT

JPMorgan Chase Bank, N.A.
Remittance Clearing
For Various Mortgagors & Investors
3415 Vision Drive
Columbus, OH 43219

No. 9000032136
DATE: 7/18/2016
Operator: v027259

REQUESTOR: o351846
LOAN NUMBER: 447021411106
ORIGINAL CHECK ID:
MEMO: WE CAN'T ACCEPT THE FUNDS.

AMOUNT $ **308.43**

Drawer: JPMorgan Chase Bank, N.A.

**NON NEGOTIABLE**

PAYEE:
MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540

---

12-40706

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

JPMorgan Chase Bank, N.A.
Remittance Clearing
For Various Mortgagors & Investors
3415 Vision Drive
Columbus, OH 43219

**CHASE**
JPMorgan Chase Bank, N.A.
Syracuse, NY

50-937-213

No. 9000032136

Void After 180 Days

Date
7/18/2016

AMOUNT
$308.43

Pay
Exactly
**308.43**
THREE ZERO EIGHT PERIOD FOUR THREE

Three Hundred Eight Dollars and Forty Three Cents

PAY TO THE
ORDER OF
MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540

AUTHORIZED SIGNATURE

Security features
included.
Details on back.

**Chase (Mail Code OH4-7126)**
3415 Vision Drive
Columbus, OH 43219-6009



July 19, 2016

Martha G Bronitsky, Chapter 13 Trustee
PO BOX 5004
Hayward, CA 94540

**We're returning a payment(s)**

Account:               ********1106
Property Address:      236 Ashbury Avenue
                       El Cerrito, CA 94530-4104

Dear Martha G Bronitsky, Chapter 13 Trustee:

We're returning $308.43 to you, the bankruptcy trustee because we've canceled the balance on Sokhom K. Sar mortgage loan. We'll return any future payments we receive from you or the customer to the sender.

If you have any questions, please call us at one of the numbers below.

Sincerely,

Chase
1-800-836-5656
1-800-582-0542 TTY
www.chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-836-5656.

Enclosed:
- Check

CHASE ◆

OH4-7164
3415 Vision Drive
Columbus, OH 43219-6009

28    FJBJGSB    94540